**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-1012**

MARK A. WARD,

Plaintiff - Appellant,

versus

PETER E. MALONEY, Plan Administrator,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.   Russell A. Eliason, Magistrate Judge.  (CA-02-467)

Submitted: February 12, 2004          Decided:  February 23, 2004

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Mark A. Ward, Appellant Pro Se.  John Edward Pueschel, WOMBLE, CARLYLE, SANDRIDGE & RICE, P.L.L.C., Winston-Salem, North Carolina; William McCardell Furr, John T. McDonald, WILLCOX & SAVAGE, Norfolk, Virginia; Lucretia Smith Guia, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, L.L.C., Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark A. Ward seeks to appeal the magistrate judge's order denying his motion for sanctions, delineating discovery, and granting the defendant's motion for a protective order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Ward seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED